ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x      **JUDGE SWEET**

UNITED STATES OF AMERICA          :

          - v. -                  :      **INDICTMENT**

AUSTIN ROMAIN,                    :      13 Cr.
  a/k/a "Steve Smith,"
                                         **13 CRIM 724**

          Defendant.

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

        1.    From in or about March 2012 up to and including

in or about June 2013, in the Southern District of New York and

elsewhere, AUSTIN ROMAIN, a/k/a "Steve Smith," the defendant,

and others known and unknown, intentionally and knowingly did

combine, conspire, confederate, and agree together and with each

other to violate the narcotics laws of the United States.

        2.    It was a part and an object of the conspiracy

that AUSTIN ROMAIN, a/k/a "Steve Smith," the defendant, and

others known and unknown, would and did distribute and possess

with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

        3.    The controlled substance involved in the offense

were mixtures and substances containing a detectable amount of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 8 2013

marijuana, in violation of Title 21, United States Code, Section
841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.    On or about April 18, 2013, in the Southern
District of New York, AUSTIN ROMAIN, a/k/a "Steve Smith," the
defendant, intentionally and knowingly did attempt to distribute
and possess with the intent to distribute a controlled
substance, in violation of Title 21, United States Code, Section
841(a)(1).

5.    The controlled substance involved in the offense
was less than 50 kilograms of marijuana, in violation of Title
21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Sections 841(a) and 841(b)(1)(D);
Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

6.    As a result of committing the controlled
substance offenses charged in Counts One and Two of this
Indictment, AUSTIN ROMAIN, a/k/a "Steve Smith," the defendant,
shall forfeit to the United States, pursuant to Title 21, United
States Code, Section 853, any and all property constituting or
derived from any proceeds the defendant obtained directly or
indirectly as a result of the offenses and any and all property

2

used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses charged in Counts One and Two of this Indictment.

Substitute Assets Provision

7.    If any of the above-described forfeitable property, as a result of any act or omission of AUSTIN ROMAIN, a/k/a "Steve Smith," the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AUSTIN ROMAIN,
a/k/a "Steve Smith,"

Defendant.

## INDICTMENT

13 Cr.

(21 U.S.C. §§ 846, 841, 853;
Title 18, United States Code, Section 2)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

9/18/13  Fld. Indictment, Case assigned to Judge Sweet.

Pitman, US MJ